UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| LAWRENCE C. BATISTE, JR. | : | DOCKET NO. 2:09-cv-2025 |
|---|---|---|
| VS. | : | JUDGE MINALDI |
| U.S. COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | : | MAGISTRATE JUDGE KAY |

## REPORT AND RECOMMENDATION

On December 8, 2009, Lawrence C. Batiste, Jr. filed a Complaint claiming that the Commissioner's unfavorable disability finding is contrary to law and not supported by substantial evidence and requested judicial review by this court. (Doc. 1). The Commissioner answered the Complaint on January 13, 2011. (Doc. 4). On January 14, 2011, this court issued a scheduling order setting March 14, 2011, as the deadline for plaintiff to file his brief in support of his social security appeal. (Doc. 5). On May 13, 2011, this court issued an order directing plaintiff to file his brief "no later than close of business on May 30, 2011." (Doc. 7). The court warned that "failure to abide by order of this court may result his claim being dismissed for failure to prosecute in accordance with LR41.3W." (Doc. 7). As of this date, plaintiff has failed to file his brief.

Accordingly,

IT IS RECOMMENDED that the Complaint filed by Lawrence C. Batiste, Jr. on December 8, 2009, be stricken from the record.

THUS DONE this 1st day of June, 2011.

                                              KATHLEEN KAY
                                  UNITED STATES MAGISTRATE JUDGE