RECEIVED
IN LAKE CHARLES, LA.

JUN 29 2011

TONY R. MOORE, CLERK
BY_____ DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | | |
|---|---|---|
| LAWRENCE C. BATISTE, JR. | : | DOCKET NO. 2:09 CV2025 |
| VS. | : | JUDGE MINALDI |
| U.S. COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, an independent review of the record has led this court to conclude that the findings and conclusions are entirely correct. Accordingly, it is

ORDERED that the complaint filed by the plaintiff be stricken from the record for failure to prosecute in accordance with Local Rule 41.3W.

THUS DONE AND SIGNED, in Chambers, at Lake Charles, Louisiana, this 28 day of June 2011.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE